UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Bryan Velazquez
on behalf of himself and all others similarly situated,

        Plaintiffs,

v.                                        CASE NO.: 1:22-cv-7946

THE SMITH HOUSE, INC.,

        Defendant.

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff Bryan Velazquez and the Defendant, The Smith House, Inc., that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** April 22, 2023

| **For Plaintiff Bryan Velazquez** | **For Defendant    The Smith House, Inc.** |
|---|---|
| _/s/ Mark Rozenberg_ | _/s/ Gregg D. Weinstock_ |
| Mark Rozenberg | Gregg Douglas Weinstock |
| Stein Saks, PLLC | Vigorito Barker Patterson Nicholas & Porter, LLP |
| 1 University Plaza | 300 Garden City Plaza Ste 100 |
| Hackensack, NJ 07601 | Garden City, NY 11530 |
| Ph: (201) 282-6500 | Ph: (516) 282-3355 |
| mrozenberg@steinsakslegal.com | g.weinstock@vbpnplaw.com |

## CERTIFICATE OF SERVICE

I certify that on April 22, 2023, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Mark Rozenberg
Mark Rozenberg
**Stein Saks, PLLC**
1 University Plaza
Hackensack, NJ 07601
*Attorneys for Plaintiff*